[No. 13053-6-I. Division One. September 23, 1985.]

JAMES WILSON, *Appellant*, v. RYDER TRUCK RENTAL & LEASING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80-2-08583-2, Horton Smith, J., entered March 9, 1983. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Williams and Coleman, JJ.

[No. 14463-4-I. Division One. September 23, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LEILUA JOE FESILI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-03403-1, Charles V. Johnson, J., entered March 13, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Scholfield, J.

[No. 14669-6-I. Division One. September 23, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. KONSTANTINOS GEORGAKOPOULOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-03068-1, Frank L. Sullivan, J., entered April 16, 1984. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Scholfield and Coleman, JJ.